**Opinion issued September 18, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00209-CV

————————————

## IN RE MARSHALL SPEARS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Marshall Spears, has filed a petition for a writ of mandamus, contending that the trial court abused its discretion in granting the motion for new trial of real party in interest, Randall Johnson, Individually and d/b/a CA Partners.[1]

---

[1] The underlying case is *Marshall Spears v. Randall Johnson, Individually and d/b/a CA Partners, Nathan Randall Johnson, and JDC First Recovery, LLC*, Cause No. 12CV0026, in the 212th District Court of Galveston County, Texas, the Honorable Bret Griffin presiding. However, the Honorable David Garner signed the complained-of order.

We deny the petition. We also deny Spears's motion to transfer.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.